**FILED**

06/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0121

## IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0121

| | |
|---|---|
| KENNETH WALUND,<br>    Petitioner / Appellant,<br><br>        v.<br><br>MONTANA STATE FUND,<br>    Respondent / Appellee, | **GRANT OF EXTENSION** |

Appellee Montana State Fund has moved the Court, pursuant to Montana Rules of Appellate Procedure 26(1), for an extension of time to file its Response Brief, currently due on June 16, 2021. Good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee Montana State Fund has up to and including July 16, 2021, in which to file its Response Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 10 2021